# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00344-CV

**Blaine Standiford, Appellant**

**v.**

**CitiMortgage, Inc.; Merscorp Holdings, Inc.; Vendor Resource Management;
and Juanita Strickland, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
NO. D-1-GN-12-003709, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellant Blaine Standiford has filed an agreed motion to dismiss appellee Vendor Resource Management from this appeal. Accordingly, we grant the motion and dismiss this appeal to the extent that it was brought against appellee Vendor Resource Management. *See* Tex. R. App. P. 42.1. Further, we direct the clerk of this Court to re-style the caption of the instant appeal as follows:

Blaine Standiford, Appellant

v.

CitiMortgage, Inc. and Merscorp Holdings, Inc., Appellees

It is so ordered September 30, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin